```
                                                                    FILED
                UNITED STATES DISTRICT COURT                       AUG 2 7 2008
                FOR THE DISTRICT OF COLUMBIA
                                                              Clerk, U.S. District and
                                                                Bankruptcy Courts
```

Shaun Francis,                        )
                                      )
      Plaintiff,              )
                                      )
      v.                      )      Civil Action No. 08 1491
                                      )
State Government of Hawaii *et al.*,  )
                                      )
      Defendants.             )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a resident of Charlotte, North Carolina, sues Hawaii and residents thereof, but for what is unclear. The disjointed allegations set forth in the complaint fail to provide any



notice of a claim or grounds for federal court jurisdiction.  The Court therefore will dismiss the complaint by separate Order issued contemporaneously.

/s/ Rosemary M. Collyer
United States District Judge

Date: August 20, 2008