**FILED**

AUG 27 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shaun Francis, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08 1491 |
| | ) |
| State Government of Hawaii *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 20 day of August 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED without prejudice. This is a final appealable Order.

/s/ _____
United States District Judge